

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2020

No. 04-19-00192-CR & 04-19-00193-CR

John Joe **AVALOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-7068, 2016-CR-10374
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Appellant's unopposed final motion to extend time to file a motion for panel and en banc rehearing is granted. We order the appellant's motion for panel and en banc rehearing, if any, due August 10, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the motion; and (3) provides the court reasonable assurance that the motion will be completed and filed by the requested extended deadline. The court does not generally consider a heavy workload to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2020.



MICHAEL A. CRUZ, Clerk of Court